**UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Adonis R. CORREA**
**Fireman (E-3), U.S. Coast Guard**

**CGCMG 0368**
**Docket No. 1463**

**15 May 2019**

| | |
|---|---|
| Military Judge: | CDR Tamara S. Wallen, USCG |
| Appellate Defense Counsel: | LCDR Benjamin M. Robinson, USCG |
| Appellate Government Counsel: | LT Zachary N. Godsey, USCG |

**BEFORE**
**McCLELLAND, BRUBAKER & HERMAN**
Appellate Military Judges

Per curiam:

Appellant was tried by general court-martial, military judge alone. Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of three specifications of failing to obey a lawful order by wrongfully possessing drug paraphernalia in government housing, in violation of Article 92, Uniform Code of Military Justice (UCMJ); two specifications of false official statements, in violation of Article 107, UCMJ; five specifications of distribution, possession with intent to distribute, introduction, and use of a controlled substance, in violation of Article 112a, UCMJ; and one specification of conduct of a nature to bring discredit upon the armed forces, in violation of Article 134, UCMJ. The military judge sentenced Appellant to confinement for twelve months, reduction to E-1, and a bad-conduct discharge. The Convening Authority approved the sentence. The pretrial agreement did not affect the sentence.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

**Decision**

We determine that the findings and sentence are correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.

For the Court,



Sarah P. Valdes
Clerk of the Court